# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2683

_____

United States of America,

*Plaintiff - Appellee,*

v.

Jose Alejandro Vazquez-Pacheco,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: November 6, 2015
Filed: November 17, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jose Vazquez-Pacheco directly appeals after he pled guilty to illegally reentering the United States, and the district court[1] sentenced him within his

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

calculated Guidelines range to 16 months in prison.  His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the district court imposed a substantively unreasonable sentence.  Counsel has also moved to withdraw.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence.  *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also Gall v. United States*, 552 U.S. 38, 51 (2007).  In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____